FILED

JUL 1 9 2017

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Cause No. |
| ) | |
| JACOB C. BREWER ) | **4:17CR00317 SNLJ/SPM** |
| ) | |
| and ) | |
| ) | |
| MICHELLE L. PHIPPS ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT I
(Disable Railroad On-Track Equipment)

The Grand Jury charges that:

Between on or about February 1, 2017 and on or about February 22, 2017, within the Eastern District of Missouri, the defendants

**JACOB C. BREWER
and
MICHELLE L. PHIPPS**

did knowingly and without lawful authority or permission disable railroad on-track equipment, by removing and causing to be removed aluminum stabilizing braces from railroad freight cars where said braces are designed to keep the freight cars from derailing when fully loaded and moving, with said railroad freight cars being owned by Ameren UE, which is a railroad carrier engaged in interstate commerce, in that it would use the aforementioned cars to transport coal from the State of Wyoming to the State of Missouri.

All in violation of Title 18, United States Code, Section 1992(a)(1) and 2.

Dated: _____                         A TRUE BILL


                                                       _____
                                                       FOREPERSON


                                                       CARRIE COSTANTIN
                                                       Acting United States Attorney


                                                       _____
                                                       GILBERT C. SISON, #52346MO
                                                       Assistant United States Attorney